PROB 12B
(7/93)



United States District Court

for

District of Guam

FILED
DISTRICT COURT OF GUAM
FEB 16 2006
MARY L.M. MORAN
CLERK OF COURT

## Report for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Ronald Chiguina Meno**　　　　　Case Number: **CR 98-00022-001**

Name of Sentencing Judicial Officer:　　Honorable Alex R. Munson

Date of Original Sentence:　　March 10, 1999

Original Offense:　　Attempted Importation of Crystal Methamphetamine, in violation of 21 U.S.C. §§ 952(a), 960, and 963.

Original Sentence:　　97 months imprisonment, followed by a five year term of supervised release with conditions: not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm; comply with the standard conditions of supervision; submit to random urinalysis; perform 300 hours of community service; participate in a drug treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance abuse; obtain and maintain gainful employment; and pay a $100 special assessment fee.

Type of Supervision: Supervised Release　　　　　Date Supervision: January 20, 2006

## PETITIONING THE COURT

☐　To extend the term of supervision　　　　years, for a total term　　　　years.

☒　To modify the conditions of supervision as follows:

1.　The defendant shall refrain from the use of any and all alcoholic beverages.



Case 1:98-cr-00022　Document 37　Filed 02/16/2006　Page 1 of 3

Report for Modifying the
Conditions or Term of Supervision with
Consent of Offender                                                                                                    page 2

CAUSE

Mr. Meno commenced supervision on January 20, 2006 and has a condition that he participate in a drug treatment program. He has also admitted to prior daily use of alcoholic beverages, as well as to illicit drug use, and should abstain from all intoxicating substances, to include alcoholic beverages. Since he does not have a condition which requires him to abstain from the use of alcoholic beverages, this Officer recommends that the Court modify Mr. Meno's conditions to include that:

"The defendant shall refrain from the use of any and all alcoholic beverages."

Mr. Meno tested negative for drug and alcohol use on tests conducted on January 25, 2006. A community service referral is pending completion of his medical evaluation for light-duty work. On January 26, 2006, he was referred to attend the drug treatment and testing phase system. Mr. Meno has been placed on an employment search regimen. He paid his $100 special assessment fee on June 1, 2000.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2) as outlined above. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Meno's consent to the modification.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: 2/14/06

Respectfully submitted,

by: FOR: Judy Anne L. Ocampo
JOHN W. SAN NICOLAS II
U.S. Probation Officer
Date: 2.14.06

THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☑ The Modification of Conditions as Noted Above.

☐ Other

LARRY ALLAN BURNS, Designated Judge
Signature of Judicial Officer
2-15-06
Date

RECEIVED
FEB 15 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PROB 49
(3/89)

# United States District Court

District __Guam__

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall refrain from the use of any and all alcoholic beverages.

Witness _____  Signed _____
U.S. Probation Officer                     Probationer or Supervised Releasee

_1-25-2006_
Date