# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 98-00022-001 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| RONALD CHIGUINA MENO, | ) | |
| Defendant. | ) | |

      Ronald Chiguina Meno was sentenced on March 10, 1999, by the Honorable Alex R. Munson for Attempted Importation of Methamphetamine, in violation of 21 U.S.C. § 952(a), 960, and 963. He received a sentence of 97 months imprisonment, followed by a five year term of supervised release with conditions to include that he: not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm; comply with the standard conditions of supervision; submit to random urinalysis; perform 300 hours of community service; participate in a drug treatment program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance abuse; obtain and maintain gainful employment; and pay a $100 special assessment fee.

      Mr. Meno has requested to travel to Phoeniz, Arizona, and El Paso, Texas, to accompany his mother in visiting a brother in Phoenix, Arizona, and attending another brother's military college graduation in El Paso, Texas. Mr. Meno plans to depart Guam on May 2, 2007 and return on June 7, 2007.

Request to Travel
Re: MENO, Ronald Chiguina
USDC Cr. Cs. No. 98-00022-001
April 24, 2007
Page 2

Mr. Meno has tested consistently negative on drug and alcohol tests conducted. He completed his year-long drug treatment program on February 21, 2007. In addition, he paid his $100 special assessment fee on June 1, 2000, and submitted to a DNA sample of his blood on March 7, 2006. Mr. Meno's community service requirement has been delayed due to medical issues. His balance remains at 225 hours. Furthermore, he is gainfully employed. This Officer supports the travel request and seeks Court approval.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File

| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|



Ronald C. Meno
USDC Cr.Cs.#98-00022-001
SS# XXX-XX-4040
DOB: XX-XX-1966
HT: 5 ft 8 in
WT: 220 lbs

DATE: April 24, 2007

YOU ARE AUTHORIZED TO TRAVEL TO **Phoenix, Arizona and El Paso, Texas**

LEAVING **May 2, 2007** AND RETURNING **June 7, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Accompany his mother to visit his brother in Phoenix, Arizona, and attend his brother's military college graduation ceremony in El Paso, Texas.

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while in Phoenix, Arizona and El Paso, Texas;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

**John W. San Nicolas II**
UNITED STATES PROBATION OFFICER

☐ APPROVED    ☐ DISAPPROVED

NAME **Mario Moreno**
ADDRESS **230 North First Ave**
**Phoenix, AZ 85003**

| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

Ronald C. Meno
USDC Cr.Cs.#98-00022-001
SS# XXX-XX-4040
DOB: XX-XX-1966
HT: 5 ft 8 in
WT: 220 lbs



DATE  April 24, 2007

YOU ARE AUTHORIZED TO TRAVEL TO  **Phoenix, Arizona and El Paso, Texas**

LEAVING  **May 2, 2007**   AND RETURNING  **June 7, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Accompany his mother to visit his brother in Phoenix, Arizona, and attend his brother's military college graduation ceremony in El Paso, Texas.

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while in Phoenix, Arizona and El Paso, Texas;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

NAME  **Joe Canales**           ☐ APPROVED   ☐ DISAPPROVED
ADDRESS  **700 East San Antonio Ave**
         **El Paso, TX 79901**