| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

Ronald C. Meno
USDC Cr.Cs.#98-00022-001
SS# XXX-XX-4040
DOB: XX-XX-1966
HT: 5 ft 8 in
WT: 220 lbs



DATE   April 24, 2007

YOU ARE AUTHORIZED TO TRAVEL TO   **Phoenix, Arizona and El Paso, Texas**

LEAVING   **May 2, 2007**   AND RETURNING   **June 7, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Accompany his mother to visit his brother in Phoenix, Arizona, and attend his brother's military college graduation ceremony in El Paso, Texas.

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while in Phoenix, Arizona and El Paso, Texas;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

**John W. San Nicolas II**
UNITED STATES PROBATION OFFICER

NAME   **Mario Moreno**
ADDRESS   **230 North First Ave**
**Phoenix, AZ 85003**

X APPROVED     ☐ DISAPPROVED

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated:  Apr 27, 2007**

| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |

Ronald C. Meno
USDC Cr.Cs.#98-00022-001
SS# XXX-XX-4040
DOB: XX-XX-1966
HT: 5 ft 8 in
WT: 220 lbs



DATE: April 24, 2007

YOU ARE AUTHORIZED TO TRAVEL TO **Phoenix, Arizona and El Paso, Texas**

LEAVING **May 2, 2007** AND RETURNING **June 7, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Accompany his mother to visit his brother in Phoenix, Arizona, and attend his brother's military college graduation ceremony in El Paso, Texas.

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while in Phoenix, Arizona and El Paso, Texas;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

NAME: **Joe Canales**
ADDRESS: **700 East San Antonio Ave**
**El Paso, TX 79901**

[X] APPROVED   [ ] DISAPPROVED

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Apr 27, 2007