PROB 12B
(4/07)

# UNITED STATES DISTRICT COURT

for

District of Guam

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | **Ronald Chiguina Meno** | Case Number: | **CR 98-00022-001** |
| Name of Sentencing Judicial Officer: | Honorable Alex R. Munson | | |
| Date of Original Sentence: | March 10, 1999 | | |

Original Offense: Attempted Importation of Crystal Methamphetamine, in violation of 21 U.S.C. §§ 952(a), 960, and 963.

Original Sentence: 97 months imprisonment, followed by a five year term of supervised release with conditions: not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm; comply with the standard conditions of supervision; submit to random urinalysis; perform 300 hours of community service; participate in a drug treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance abuse; obtain and maintain gainful employment; and pay a $100 special assessment fee. **Modified** on February 15, 2006 to include that he refrain from the use of any and all alcoholic beverages. **Modified** on November 30, 2006 to include a new drug testing condition.

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | January 20, 2006 |

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

1. The defendant agrees to convert the balance of 225 hours of community service to a $1,316.25 fine, at the rate of $5.85 per hour.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender

page 2

CAUSE

Since 2005, Mr. Meno has been undergoing treatment for a serious medical condition, which prevents him from performing community service at the approved community service locations (verified). On March 4, 2008, this Officer met with Mr. Meno to discuss converting his community service requirement to a fine obligation, in light of recent and stable employment. Mr. Meno agreed to convert his community service obligation to a fine based on the current minimum wage ($5.85 per hour). It is therefore recommended that the special condition be modified as follows:

*"The defendant agrees to convert the balance of 225 hours of community service to a $ 1,316.25 fine, at the rate of $5.85 per hour.*

Mr. Meno has tested consistently negative for drug and alcohol use since his release. To date, he has performed a total of 75 hours of community service at the National Park Service. His balance remains at 225 hours. Mr. Meno completed the year long drug treatment and testing program on February 21, 2007. In addition, since October 2007, Mr. Meno has been employed as an administrative assistant at the Agency for Human Resources Development. He paid his $100 special assessment fee on June 1, 2000 and voluntarily submitted to a DNA sample of his blood on March 7, 2006.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2) as outlined above. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Meno's consent to the modification.

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

Date: March 14, 2008

Respectfully submitted,

by: /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Date: March 14, 2008

THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other    Issuance of a:    ☐ Summons    ☐ Warrant

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Apr 08, 2008