# UNITED STATES DISTRICT COURT

District of     Guam

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| **V.** | |
| **RONALD CHIGUINA MENO** | Case Number:    **CR-98-00022-001** |
| | USM Number:    **10528-093** |

**Date of Original Judgment:**   03/12/1999

(Or Date of Last Amended Judgment)

**FEDERAL PUBLIC DEFENDER**

Defendant's Attorney

## Reason for Amendment:

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and

☐ Reduction of Sentence for Changed Circumstances (Fed. R. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P.

**X** Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or

☐ Modification of Imposed Term of Imprisonment for Extraordinary Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court    ☐ 28 U.S.C. § 2255 or
     ☐ 18 U.S.C. § 3559(c)(7)

☐ Modification of Restitution Order (18 U.S.C. § 3664)

## THE DEFENDANT:

**X** pleaded guilty to count(s)   **1**

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 952(a), 960 and 963 | Attempted Importation of Methamphetamine | 02/15/98 | 1 |

The defendant is sentenced as provided in pages 2 ____6____ of this judgment. The sentence is imposed the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on _____

☐ Count(s) _____ ☐ is ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 8, 2008

Date of Imposition of Judgment



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Apr 18, 2008**

AO 245C    (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 2 — Imprisonment                                                                (NOTE: Identify Changes with Asterisks (*))

Judgment — Page ___2___ of ___6___

**DEFENDANT:**      **RONALD CHIGUINA MENO**
**CASE NUMBER:**      **CR-98-00022-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term

**97 months**

**X**   **The court makes the following recommendations to the Bureau of Prisons:**
During the term of imprisonment, the defendant is to participate in a drug treatment program and in an educational and vocational training program approved by the Bureau of Prisons.

☐   **The defendant is remanded to the custody of the United States Marshal.**

☐   **The defendant shall surrender to the United States Marshal for this district:**

☐   **at**   _____   ☐   **a.m.**   ☐   **p.m.**      **on**   _____   **.**

☐   **as notified by the United States Marshal.**

☐   **The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:**

☐   **before 2 p.m. on**   _____   **.**

☐   **as notified by the United States Marshal.**

☐   **as notified by the Probation or Pretrial Services Office.**

# RETURN

I have executed this judgment as follows:

_____

_____

_____

**Defendant delivered on**   _____   **to**   _____

**a** _____   **with a certified copy of this judgment.**

_____
**UNITED STATES MARSHAL**

**By** _____
**DEPUTY UNITED STATES MARSHAL**

**DEFENDANT:**      **RONALD CHIGUINA MENO**
**CASE NUMBER:**    **CR-98-00022-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a
       60 months

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    **The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)**

X    **The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if**

☐    **The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)**

☐    **The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, student, as directed by the probation officer. (Check, if applicable.)**

☐    **The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)**

     If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

     The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and

AO 245C    (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 3A — Supervised Release                                                    (NOTE: Identify Changes with Asterisks (*))

Judgment—Page    4    of    6

**DEFENDANT:**     RONALD CHIGUINA MENO
**CASE NUMBER:**     CR-98-00022-001

# ADDITIONAL SUPERVISED RELEASE TERMS

**Defendant shall submit to random urinalysis as instructed by the U.S. Probation Office.**

**Defendant shall perform <u>300</u> hours of community service.**

**Defendant shall participate in a drug treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance abuse.**

**Defendant shall obtain and maintain gainful employment.**

**\*Modified February 15, 2006:**
**Defendant shall refrain from the use of any and all alcoholic beverages.**

**\*Modified November 30, 2006:**
**Defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight drug test per month, as directed by the probation officer.**

**\*Modified April 8, 2008:**
**Defendant agrees to convert the balance of 225 hours of community service to a $1,316.25 fine, at the rate of $5.85 per hour.**

Judgment — Page __5__ of __6__

**DEFENDANT:**      RONALD CHIGUINA MENO
**CASE NUMBER:**    CR-98-00022-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  100.00 | $  1,316.25* | $  0.00 |

☐  **The determination of restitution is deferred** _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be
   entered after such determination.

☐  **The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.**

   If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified
   otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal
   victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |

| **TOTALS** | $ _____ | $ _____ |  |

☐  **Restitution amount ordered pursuant to plea** _____

☐  **The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full**
   **fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be**
   **to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).**

☐  **The court determined that the defendant does not have the ability to pay interest, and it is ordered that:**

   ☐  **the interest requirement is waived**      ☐  **fine**    ☐  **restitution.**

   ☐  **the interest requirement for**      ☐  **fine**    ☐  **restitution is modified as follows:**

**\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed**
**on or after September 13, 1994, but before April 23, 1996.**

AO 245C    (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 6 — Schedule of Payments                                    (NOTE: Identify Changes with Asterisks (*))

Judgment — Page ___6___ of ___6___

**DEFENDANT:      RONALD CHIGUINA MENO**
**CASE NUMBER:   CR-98-00022-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A    **X**    Lump sum payment of __1,416.25*__ due immediately, balance due

   ☐ not later than _____ , or
   ☐ in accordance     ☐ C,  ☐ D,  ☐ E, or   ☐ F below; or

B    ☐    Payment to begin immediately (may be combined   ☐ C,    ☐ D, or   ☐ F below); or

C    ☐    Payment in equal_____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of
          _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ☐    Payment in equal_____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of
          _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after release from imprisonment to a
          term of supervision; or

E    ☐    Payment during the term of supervised release will commence _____ (e.g., 30 or 60 days) after release from
          imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time;

F    ☐    Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties
is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau
of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    **Joint and Several**

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount, and
     corresponding payee, if appropriate.

☐    **The defendant shall pay the cost of prosecution.**

☐    **The defendant shall pay the following court**

☐    **The defendant shall forfeit the defendant's interest in the following property to the United States:**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine
principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.